UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMONIC RONALDO MALONE,<br><br>　　　Plaintiff<br><br>v.<br><br>JANSSEN BIOTECH, INC., et al.,<br><br>　　　Defendants | Case No.: 2:22-cv-01089-APG-DJA<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 38] |

　　Plaintiff Dominic Malone moves for a 90-day stay in this case so he can try to locate an attorney to assist him. I interpret his motion as one to extend time to respond to the defendants' motion for summary judgment (ECF No. 32). I grant Malone's request.

　　I THEREFORE ORDER that plaintiff Domonic Malone's motion (ECF No. 38) is GRANTED. The deadline to respond to the defendants' motion for summary judgment is extended to March 22, 2024. The case is not otherwise stayed.

　　DATED this 21st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE